[S. F. No. 9105. In Bank.—November 21, 1919.]

WORSWICK STREET PAVING COMPANY (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents.

[S. F. No. 9111. In Bank.—November 21, 1919.]

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, etc., (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION et al., Respondents.

WORKMEN'S COMPENSATION ACT—STATUS OF INJURED EMPLOYEE—LIABILITY OF INSURANCE CARRIER—CONSTRUCTION OF POLICY.—Award of compensation affirmed, except in so far as it runs against The Employers' Liability Assurance Corporation, as to which the award is annulled, on the authority of *Worswick Street Pav. Co.* v. *Industrial Acc. Com. et al.,* and *The Employers' Liability Assur. Corp.,* v. *Industrial Acc. Com. et al., ante,* p. 550.

APPLICATION for Certiorari to review an order of the Industrial Accident Commission awarding compensation for

personal injuries. Award annulled in part and affirmed in part.

The facts are similar to those stated in the opinion in *Worswick Street Pav. Co.* v. *Industrial Acc. Com. et al.,* and *The Employers' Liability Assur. Corp.* v. *Industrial Acc. Com. et al., ante,* p. 550.

Everts & Ewing and W. E. Simpson for Petitioner Worswick Street Paving Company.

Redman & Alexander for Petitioner The Employers' Liability Assurance Corporation, etc.

A. E. Graupner and Warren H. Pillsbury for Respondents,

Duke Stone for Western Indemnity Company.

THE COURT.—These are proceedings in review by different parties assailing an award in favor of one Ynez Aragon, who on April 9, 1918, was injured while in the course of his employment.

The work in which he was engaged at the time of his injuries is described in *Worswick Street Pav. Co.* v. *Industrial Acc. Com. et al.,* and *The Employers' Liability Assur. Corp.* v. *Industrial Acc. Com. et al., ante,* p. 550, [185 Pac. 953], he being a coworker with Selso Morales in the work therein described. The questions presented for determination are the same as those presented in the case referred to. The decision in those cases controls here.

It is ordered that the award of the commission be annulled in so far as it is against The Employers' Liability Assurance Corporation, and that in all other respects the said award be, and the same hereby is, affirmed.

All the Justices concurred.